UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

GOVERNMENT EMPLOYEES INSURANCE
COMPANY, GEICO INDEMNITY COMPANY, GEICO
GENERAL INSURANCE COMPANY, and GEICO
CASUALTY COMPANY,

                        Plaintiffs,                         Docket No. 1:22-cv-03629(LDH)(PK)

        -against-

JMD PHARMACY, INC., RONIKA SONI, APP
PHARMACY, INC. d/b/a JMD PHARMACY, APRX
PHARMACY INC. d/b/a JMD PHARMACY, AND
JOHN DOE NOS. "1" THROUGH "5",

                        Defendants.

------------------------------------------------------------------------X

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel

for Plaintiffs, Government Employees Insurance Company, GEICO Indemnity Company, GEICO

General Insurance Company, and GEICO Casualty Company (collectively, the "Plaintiffs"), and

Defendants, JMD Pharmacy, Inc. and Ronika Soni (collectively, the "Defendants"), that all claims in

this action asserted by Plaintiffs against the Defendants are dismissed, with prejudice, pursuant to

Fed. R. Civ. P. 41.

Dated: __January 24__ , 2023

RIVKIN RADLER LLP                          HARFENIST, KRAUT & PERLSTEIN, LLP

By: __/s/ Jennifer Abreu__                 By: _____
        Michael A. Sirignano, Esq.              Steven Harfenist, Esq.
        Jennifer Abreu, Esq.               3000 Marcus Ave, Suite 2E1
926 RXR Plaza                              Lake Success, NY 11042
Uniondale, New York 11556-0926             (516) 355-9630
(516) 357-3000                             *Counsel for Defendants*
*Counsel for Plaintiffs*