UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
GOVERNMENT EMPLOYEES INSURANCE
COMPANY, GEICO INDEMNITY COMPANY, GEICO
GENERAL INSURANCE COMPANY, and GEICO
CASUALTY COMPANY,

                        Plaintiffs,                  Docket No. 1:22-cv-03629(LDH)(PK)

    -against-

JMD PHARMACY, INC., RONIKA SONI, APP
PHARMACY, INC. d/b/a JMD PHARMACY, APRX
PHARMACY INC. d/b/a JMD PHARMACY, AND
JOHN DOE NOS. "1" THROUGH "5",

                        Defendants.
------------------------------------------------------------------------X

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for Plaintiffs, Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company, and GEICO Casualty Company (collectively, the "Plaintiffs"), and Defendants, JMD Pharmacy, Inc. and Ronika Soni (collectively, the "Defendants"), that all claims in this action asserted by Plaintiffs against the Defendants are dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41.

Dated: January 24, 2023

RIVKIN RADLER LLP

By: /s/ Jennifer Abreu
    Michael A. Sirignano, Esq.
    Jennifer Abreu, Esq.
926 RXR Plaza
Uniondale, New York 11556-0926
(516) 357-3000
*Counsel for Plaintiffs*

HARFENIST, KRAUT & PERLSTEIN, LLP

By: _____
    Steven Harfenist, Esq.
3000 Marcus Ave, Suite 2E1
Lake Success, NY 11042
(516) 355-9630
*Counsel for Defendants*

                        SO ORDERED:

                        s/ LDH        1/26/2023
                        **Honorable LaShann DeArcy Hall, USDJ**