UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
GOVERNMENT EMPLOYEES INSURANCE
COMPANY, GEICO INDEMNITY COMPANY, GEICO
GENERAL INSURANCE COMPANY, and GEICO
CASUALTY COMPANY,

                              Plaintiffs,                    Docket No. 1:22-cv-03629-LDH-PK

     -against-

JMD PHARMACY, INC., et al.,

                              Defendants.
-------------------------------------------------------------------------X

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

**PLEASE TAKE NOTICE** that all claims asserted in this action by Plaintiffs, Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company, and GEICO Casualty Company, against APP Pharmacy, Inc. d/b/a JMD Pharmacy and APRX Pharmacy, Inc. d/b/a JMD Pharmacy are dismissed, without prejudice, pursuant to Fed. R. Civ. P. 41.

Dated: February 14, 2023

  RIVKIN RADLER LLP

 By: _____/s/ *Jennifer Abreu*_____
       Michael A. Sirignano, Esq.
       Jennifer Abreu, Esq.
926 RXR Plaza
Uniondale, New York 11556-0926
(516) 357-3000
*Counsel for Plaintiffs*